UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mary Grace Donahue

Plaintiff(s),

Case No. 2:12-cv-15004-VAR-MKM

v.

Judge  Victoria A. Roberts

John C. Bonewicz, P.C., et al.

Magistrate Judge  Mona K. Majzoub

Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, _SquareTwo Financial Commercial Funding Corporation_

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.   Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ☐     No ☑

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:
Relationship with Named Party:

2.   Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ☐     No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date: December 27, 2012

/s/ Manuel H. Newburger
_____

TX 14946500
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701
(512) 476-9103, Ext. 216
mnewburger@bn-lawyers.com